IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**RIEMA AULD,**

    **Plaintiff,**

    **vs.**    Civ. No. 14-636 KG/SCY

**CENTRAL NEW MEXICO COMMUNITY COLLEGE** *et al.,*

    **Defendants.**

**PROPOSED FINDING AND RECOMMENDED DISPOSITION**

THIS MATTER is before me on review of the record. On February 6, 2015, the Court entered an order staying the case for sixty days at Plaintiff's request. *Doc. 27*. In this order, the Court noted that this case was removed to federal court on July 11, 2014, but Plaintiff had yet to serve Defendants Pam Etre-Perez, Tom Pierce, and Carol Adler. *Id.* at 2. The Court further explained that because service on these Defendants was untimely, Federal Rule of Civil Procedure 4(m) required the Court to *sua sponte*, on its own after notice to the plaintiff, dismiss the action without prejudice or order that service be made within a specified time. The Court chose to order that service be made within a specified time – by May 4, 2015. The Court warned Plaintiff that absent a showing of good cause for a further extension, failure to serve Defendants Pam Etre-Perez, Tom Pierce, and Carol Adler by May 4, 2015, would result in the dismissal of the claims against these Defendants without prejudice. May 4, 2015 has passed and Plaintiff has not served these Defendants or filed a request for an extension of time.

2

It is, therefore, my recommendation that the Court dismiss Plaintiff's claims against Defendants Pam Etre-Perez, Tom Pierce, and Carol Adler without prejudice under Rule 4(m).

_____
HONORABLE STEVEN C. YARBROUGH
United States Magistrate Judge

> **THE PARTIES ARE FURTHER NOTIFIED THAT WITHIN 14 DAYS OF SERVICE** of a copy of these Proposed Findings and Recommended Disposition they may file written objections with the Clerk of the District Court pursuant to 28 U.S.C. § 636(b)(1).  **A party must file any objections with the Clerk of the District Court within the fourteen-day period if that party wants to have appellate review of the proposed findings and recommended disposition.  If no objections are filed, no appellate review will be allowed.**