IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

RIEMA AULD,
          **Plaintiff,**

    **vs.**                                **Civ. No. 14-636  KG/SCY**

**CENTRAL NEW MEXICO COMMUNITY
COLLEGE *et al.*,**
          **Defendants.**

## ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

THIS MATTER is before the Court on Magistrate Judge Steven C. Yarbrough's Proposed Findings and Recommended Disposition ("PFRD") advising that the Court dismiss Plaintiff's claims against Defendants Pam Etre-Perez, Tom Pierce, and Carol Adler without prejudice under Federal Rule of Civil Procedure 4(m). *Doc. 36*. In this PFRD, Judge Yarbrough explains that Plaintiff has failed to serve these Defendants despite being given a lengthy extension to do so. *Id.* Plaintiff has not filed any objections to the PFRD, thereby waiving her right to review of the proposed dismissal of these claims. *See United States v. One Parcel of Real Prop.*, 73 F.3d 1057, 1060 (10th Cir. 1996). Furthermore, upon review of the record, the Court concurs with the Magistrate Judge's findings and recommendations.

    **IT IS THEREFORE ORDERED THAT:**

1. The Magistrate Judge's Proposed Findings and Recommended Disposition (*doc. 36*) is ADOPTED.

2. Plaintiff's claims against Defendants Pam Etre-Perez, Tom Pierce, and Carol Adler will be dismissed without prejudice by separate order.

_____
UNITED STATES DISTRICT JUDGE