IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

RIEMA AULD,
    Plaintiff,

vs.                                                    Civ. No. 14-636 KG/SCY

CENTRAL NEW MEXICO COMMUNITY
COLLEGE *et al.*,
    Defendants.

## ORDER DISMISSING PLAINTIFF'S CLAIMS AGAINST DEFENDANTS PAM ETRE-PEREZ, TOM PIERCE, AND CAROL ADLER

In accordance with the Order Adopting Magistrate Judge's Proposed Findings and Recommended Disposition entered herewith, the Court dismisses Plaintiff's claims against Pam Etre-Perez, Tom Pierce, and Carol Adler without prejudice.

_____
UNITED STATES DISTRICT JUDGE