IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**RIEMA AULD,**
        **Plaintiff,**

vs.                                                                    Civ. No. 14-636  KG/SCY

**CENTRAL NEW MEXICO COMMUNITY
COLLEGE** *et al.,*
        **Defendants.**

### ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

THIS MATTER is before the Court on Magistrate Judge Steven C. Yarbrough's June 9, 2015 Proposed Findings and Recommended Disposition ("PFRD") (*Doc. 42*). In this PFRD, Judge Yarbrough recommends that the Court dismiss Plaintiff's remaining claims under Federal Rule of Civil Procedure 41(b) for failure to prosecute. *Id.* Plaintiff has not filed any objections to the PFRD, thereby waiving her right to review of the proposed dismissal of her claims. *See United States v. One Parcel of Real Prop.*, 73 F.3d 1057, 1060 (10th Cir. 1996). Furthermore, by neglecting to file a timely objection to the PFRD, Plaintiff has confirmed that she is either unable or unwilling to prosecute this lawsuit. For this reason, and upon review of the record, the Court agrees that dismissal of Plaintiff's claims is the appropriate course of action.

    **IT IS THEREFORE ORDERED THAT:**

1. The Magistrate Judge's Proposed Findings and Recommended Disposition (*doc. 42*) is ADOPTED.

2. All of Plaintiff's remaining claims against Defendants will be dismissed without prejudice by separate order.

                                                           _____
                                                           UNITED STATES DISTRICT JUDGE