# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

**RIEMA AULD,**
>          **Plaintiff,**

>          **vs.**                                              **Civ. No. 14-636 KG/SCY**

**CENTRAL NEW MEXICO COMMUNITY
COLLEGE** *et al.,*
>          **Defendants.**

### ORDER DISMISSING PLAINTIFF'S CLAIMS AGAINST
### DEFENDANTS CENTRAL NEW MEXICO COMMUNITY COLLEGE, WILLIAM
### HEENAN, TOM MANNING, AND KATHY WINOGRAD

In accordance with the Order Adopting Magistrate Judge's Proposed Findings and

Recommended Disposition entered herewith, the Court dismisses all of Plaintiff's remaining

claims against Defendants without prejudice.

_____
UNITED STATES DISTRICT JUDGE